IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03269-LTB

JEFFREY C. FORD,

    Applicant,

v.

KURT ESTER, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 18, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Applicant and against Respondents.

    DATED at Denver, Colorado, this 18 day of April, 2013.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk


                                  By: s/ S. Grimm
                                       Deputy Clerk